

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00116-CV

| | | |
|---|---|---|
| BRAXTON MINERALS II, LLC AND ROBERT SCOTT BAUER, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-290089-17) |
| V. | § | September 23, 2021 |
| PENN INVESTMENT FUNDS, LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Penn Investment Funds, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell